**Leslie J. GRISHAM, Plaintiff–Appellant,**

**v.**

**PHILIP MORRIS U.S.A., a corporation; Brown & Williamson Tobacco Company Corp., individually and as successor to the American Tobacco Company and its predecessor in interest, British American Tobacco Industries, PLC, Defendants–Appellees.**

**Maria Cannata, Plaintiff–Appellant,**

**v.**

**Philip Morris USA, Inc., aka Philip Morris; Brown & Williamson Tobacco Corporation, Defendants–Appellees.**

**Nos. 03–55780, 03–56018.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 10, 2004.

Filed April 3, 2007.

Martin Louis Stanley, Santa Monica, CA, for plaintiff-appellant Maria Cannata.

Frances M. Phares, Baum Hedlund, PC, Los Angeles, CA; Daniel U. Smith, Law Office of Daniel U. Smith, Kentfield, CA, for plaintiff-appellant Leslie J. Grisham.

Murry R. Garnick, Arnold & Porter, LLP, Washington, DC; Maurice A. Leiter, Arnold & Porter, LLP, Los Angeles, CA; Daniel P. Collins, Munger Tolles & Olson, LLP, Los Angeles, CA; Fred D. Heather, Amy W. Schulman, DLA Piper, LLP, Los Angeles, CA; Sheila B. Schuerman, Temple University School of Law, Philadelphia, PA, for defendant-appellee Philip Morris.

Paul Crist, Jones Day, Cleveland, OH; Peter N. Larson, Jones Day, San Francisco, CA, for defendant-appellee Brown & Williamson.

Appeal from the United States District Court for the Central District of California; Stephen V. Wilson, District Judge, Presiding, Audrey B. Collins, District Judge, Presiding. D.C. Nos. CV–02–07930–SVW, CV–02–08026–ABC.

Before JEROME FARRIS, DOROTHY W. NELSON, and RONALD M. GOULD, Circuit Judges.

**1132**

## ORDER

PER CURIAM.

In light of the California Supreme Court's decision in *Grisham v. Philip Morris USA, Inc.*, 40 Cal.4th 623, 54 Cal. Rptr.3d 735, 151 P.3d 1151 (2007), and in light of the Joint Report of the Parties Re: Decision of the California Supreme Court on the Certified Questions, the judgments of the district court are **VACATED** and we **REMAND** to the district court for further proceedings consistent with the opinion of the California Supreme Court. In light of the Joint Report of the Parties Re: Decision of the California Supreme Court on the Certified Questions, we also **VACATE** our previous order of March 16, 2007 calling for supplemental briefing from the parties in *Cannata v. Philip Morris*, 03–56018.